# EXHIBIT J

September 25, 2013

President Barack Obama
The White House
1600 Pennsylvania Avenue NW
Washington, DC 20500

Dear President Obama:

    We write to express our strong opposition to funding requests for the Department of Homeland Security (DHS) that include specific numbers of immigration detention beds. Any such requests provide the groundwork for a Congressional mandate that requires Immigration and Customs Enforcement (ICE) to maintain a mandatory minimum number of immigration detention beds per day and spend over $2 billion annually on immigration detention. In FY13, Congress required ICE to fill at least 34,000 immigration detention beds on any given day.[1] The bed mandate compromises ICE's ability to satisfy its stated enforcement priorities and accomplish detention reform. Although we applaud the 6.5% reduction in your request for FY14, we believe requests for funding a predetermined number of detention beds should be eliminated altogether. An arbitrary number of detention beds needed by ICE leads to ineffective immigration enforcement, runs contrary to American values of due process, and is a wasteful use of taxpayer dollars.

    A major symptom of our broken immigration system is the excessive spending on detaining hundreds of thousands of immigrants annually, particularly when effective and less expensive alternatives to detention can, and should, be used. We are unaware of any other law enforcement agency with a statutory requirement to detain a minimum number of individuals. The use of detention beds should be determined by ICE based on whether detention is required for particular individuals. Such a determination should be premised on an individualized assessment of flight risk and danger posed to the public. Mandating government spending on an arbitrary, predetermined number of detention beds is contrary to the best practices in law enforcement and the Department of Homeland Security's priorities to reform the detention system.[2]

    Moreover, immigration detention is authorized solely to facilitate the appearance of individuals charged with removability at future court dates and compliance with orders of removal, a point recently emphasized by Julie Myers Wood, former Assistant Secretary of Homeland Security for ICE under former President George W. Bush.[3] There is no punitive

---

[1] Comm. on Appropriations Report, 201, *available at* http://www.gpo.gov/fdsys/pkg/CRPT-112hrpt492/pdf/CRPT-112hrpt492.pdf.
[2] ICE Fact Sheets on Detention Reform, *available at* http://www.ice.gov/news/library/factsheets/#reform; ICE Detention Reform Accomplishments, *available at* http://www.ice.gov/detention-reform/.
[3] Julie Myers Wood & Steve J. Martin. "Smart alternatives to immigrant detention," The Washington Times (March 28, 2013), *available at* http://www.washingtontimes.com/news/2013/mar/28/smart-alternatives-to-immigrant-detention/.

authority to detain individuals charged with violating our civil immigration laws. Ms. Wood has pointed out that alternatives to detention are not only fiscally responsible, but also extremely effective; individuals in alternatives to detention programs have a 96% appearance rate in immigration court.[4]

In an environment of fiscal restraint, mandating that a federal agency adhere to a spending minimum on detention beds severely limits the ability of ICE to wisely use its detention authority and reduce costs for unnecessary detention. Currently, ICE spends $159 per detainee – amounting to $5.05 million per day and over $2 billion annually spent on immigration detention – when alternatives to detention are available that cost as little as 70 cents to $17 a day.[5]

We respectfully recommend that future budgetary requests reject a detention bed mandate. As outlined above, the mandate severely limits the flexibility of ICE to respond to current enforcement needs or changing conditions. Given ongoing financial pressures, it is critical to reexamine why ICE is tethered to an inflexible quota of detention beds. We therefore urge you to not request a preset level of detention bed funding as you draft the FY15 Presidential budget.

We appreciate your prompt attention to this matter and look forward to a response. We also look forward to continuing to work with you in the future.

Sincerely,

_____
Bill Foster
Member of Congress

_____
Theodore E. Deutch
Member of Congress

_____
Ed Pastor

_____
Ana Filtay

_____
Alan Grayson

_____
Anna G. Eshoo

cc: Cecilia Muñoz, Director, Domestic Policy Council

---

[4] *Id.*
[5] *Id.*

| Signature | Signature |
|---|---|
| Keith Ellison | Joe E. Serrano (?) |
| Brad Sherman | Lucille Roybal-Allard |
| Gwen Moore | Jerry (?) |
| Hank Johnson | Alcee L. Hastings |
| Jim Moran | Jan Schakowsky |
| Barbara Lee | Diana DeGette |
| Adam Smith | Pat (?) |
| Lois Capps | (?) |
| Adam B. Schiff | Louise M. Slaughter |
| Paul D. Tonko | Gene Green |
| Carolyn B. Maloney | Bobby L. Rush |
| John Conyers | Rick Larsen |

| | |
|---|---|
| Beto O'Rourke | Michael M. Honda |
| Betty McCollum | [signature] |
| Juan Vargas | Grace F. Napolitano |
| Raúl M. Grijalva | Mark Takano |
| Susan A. Davis | Judy Chu |
| [signature] | Joe Garcia |
| Matthew A Cartwright | Zoe Lofgren |
| Chu Pen | [signature] |
| Mike Quigley | Lois Frankel |
| Julia Brownley | Sam Farr |
| Tony Cárdenas | Ron Kind |
| Rush Holt | Loretta Sanchez |

Sheila Jackson Lee          Hank Johnson

Kathy Castor              Suzan DelBene

Michelle Lujan Grisham     Karen Bass

Janice Hahn               Jim McGovern

Eric Swalwell             Alan Lowenthal

Eddie Bernice Johnson

**List of Signers**

Rep. Bill Foster
Rep. Theodore E. Deutch
Rep. Luis Gutierrez
Rep. John Conyers
Rep. Zoe Lofgren
Rep. Lloyd Doggett
Rep. Kathy Castor
Rep. Michelle Lujan Grisham
Rep. Anna Eshoo
Rep. Suzan DelBene
Rep. Dina Titus
Rep. Janice Hahn
Rep. Karen Bass
Rep. Alan Grayson
Rep. James McGovern
Rep. Eric Swalwell
Rep. Alan Lowenthal
Rep. Julia Brownley
Rep. Lois Frankel
Rep. Loretta Sanchez
Rep. Mike Quigley
Rep. Sam Farr
Rep. Rush Holt
Rep. Joe Kennedy
Rep. Chellie Pingree
Rep. Matt Cartwright
Rep. Derek Kilmer
Rep. Jared Polis
Rep. Joe Garcia
Rep. Ron Kind
Rep. Mark Takano
Rep. Tony Cardenas
Rep. Raul Grijalva
Rep. Susan Davis
Rep. Juan Vargas
Rep. Grace Napolitano
Rep. John Delaney
Rep. Mike Honda
Rep. Betty McCollum

Rep. Beto O'Rourke
Rep. Rick Larsen
Rep. Sheila Jackson Lee
Rep. Jose Serrano
Rep. Lois Capps
Rep. Hank Johnson
Rep. Brad Sherman
Rep. Keith Ellison
Rep. Gwen Moore
Rep. Jim Moran
Rep. Adam Smith
Rep. Barbara Lee
Rep. Bobby Rush
Rep. Peter Welch
Rep. Albio Sires
Rep. Carolyn Maloney
Rep. Lucille Roybal-Allard
Rep. Alcee Hastings
Rep. Jan Schakowsky
Rep. Diana DeGette
Rep. Adam Schiff
Rep. Paul Tonko
Rep. Eddie Bernice Johnson
Rep. Louise Slaughter
Rep. Gene Green
Rep. Ed Pastor