| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | PAGE OF PAGES 1 / 4 |
|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00002 | 3. EFFECTIVE DATE 07/01/2012 | 4. REQUISITION/PURCHASE REQ. NO. See Schedule | 5. PROJECT NO. (If applicable) |

| 6. ISSUED BY | CODE ICE/DM/DC-LAGUNA | 7. ADMINISTERED BY (If other than Item 6) | CODE ICE/DM/DC-LAGUNA |
|---|---|---|---|
| ICE/Detent Mngt/Detent Contract-LAG<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>24000 Avila Road, Room 3104<br>Laguna Niguel CA 92677 | | ICE/Detent Mngt/Detent Contract-LAG<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>24000 Avila Road, Room 3104<br>Attn: (b)(6), (b)(7)(c)  949-360(b)(6), (b)(7)(c)<br>Laguna Niguel CA 92677 | |

8. NAME AND ADDRESS OF CONTRACTOR

CORRECTIONS CORPORATION OF AMERICA
10 BURTON HILLS BLVD
NASHVILLE TN 372156105

(X) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.
ODT-5-C-0003
HSCEDM-12-F-00048

10B. DATED (SEE ITEM 13) 06/20/2012

CODE 1597341510000    FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule                    Net Increase:        $2,803,456.97

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:

X D. OTHER (Specify type of modification and authority)
Unilateral Modification IAW FAR 43.103(b) Price Change per Contract, & FAR 32.703 Funding

E. IMPORTANT: Contractor [X] is not [ ] is required to sign this document and return ___0___ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION

DUNS Number: 159734151
FINANCE POC: (b)(6), (b)(7)(c)  619-550(b)(6), (b)(7)(c)  (b)(6), (b)(7)(c) @ice.dhs.gov
COR: (b)(6), (b)(7)(c)  619-710(b)(6), (b)(7)(c)  (b)(6), (b)(7)(c) @ice.dhs.gov

Detention & Transportation and Food Services at Otay Mesa CDF.

The purpose of this modification is to:

a) Update pricing that was implemented on Contract ODT-5-C-0003, Mod 0050 with an effective date of 7/1/12 as follows:

Continued ...

| 15A. NAME AND TITLE OF SIGNER | 16A. NAME AND TITLE OF CONTRACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR | (b)(6), (b)(7)(c) |
| 15C. DATE SIGNED | 16C. DATE SIGNED 8-24-12 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

ICE 2014FOIA03585.006242

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>ODT-5-C-0003/HSCEDM-12-F-00048/P00002 | PAGE 2 | OF 4 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CORRECTIONS CORPORATION OF AMERICA

| ITEM NO (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | - CLIN 0001 Increased from $2,423,707.73 per month to $2,424,840.81 which is an increase of $1,133.08 per month.<br><br>- CLIN 0003 Increased from (b)(4) per hour to (b)(4) which is an increase of $0.12 per hour. And,<br><br>b) To implement the new Contract Staffing Pattern.<br><br>ODT-5-C-0003, Mod 0050 is attached to this modification which directs the price change and the new Staffing Pattern. And,<br><br>c) Add funds in the amount of $2,803,456.97 to CLIN 0001, 0002 & 0003.<br><br>- CLIN 0001, Funded (b)(4), Funded (b)(4) for (b)(4) month, plus funded (b)(4) X (b)(4) = $3,399.24. (b)(4) months were funded at the old price of (b)(4) per month. New price is (b)(4) per month which is an increase of $1,133.08 per month.<br><br>- CLIN 0002, Funded (b)(4) X (b)(4) = $375,870.00<br><br>- CLIN 0003, Funded (b)(4) X (b)(4) = $480.00. (b)(4) Hours were funded at the old price of (b)(4). New price is (b)(4) which is an increase of $0.12 per hour.<br><br>It is estimated that the funds obligated will cover the period through 9/30/12. However, any balance remaining passed 9/30/12 is available for payment of services rendered through the end of this Task Order.<br><br>CLIN<br>If fully funded the performance period will be 7/1/12 - 6/30/13 and the annual estimated amounts is $33,090,709.72:<br> - CLIN 3001 1-600 BD, (b)(4) MO X (b)(4) = $29,098,089.72<br> - CLIN 3002 601+ BD, (b)(4) BD X (b)(4) DA is $3,508,120.00<br> - CLIN 3003 Off-site Guard Svcs X (b)(4) HR X (b)(4) HRS, $417,900.00<br> - CLIN 3004 Mileage. (b)(4) per Mile X (b)(4) Miles is $66,600.00<br>Exempt Action: Y<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>ODT-5-C-0003/HSCEDM-12-F-00048/P00002 | PAGE 3 | OF 4 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CORRECTIONS CORPORATION OF AMERICA

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | LIST OF CHANGES:<br>Reason for Modification : Change Order<br>Total Amount for this Modification: $2,803,456.97<br>New Total Amount for this Version: $8,546,590.43<br>New Total Amount for this Award: $8,560,659.68<br>Obligated Amount for this Modification:<br>$2,803,456.97<br>New Total Obligated Amount for this Award:<br>$8,560,659.68<br><br>CHANGES FOR LINE ITEM NUMBER:  1<br>Total Amount changed from $4,847,415.46 to<br>$7,274,522.43<br>Obligated Amount for this modification:<br>$2,427,106.97<br><br>NEW ACCOUNTING CODE ADDED:<br>Account code:<br>(b)(7)(e)<br>Amount: $3,399.24<br><br>NEW ACCOUNTING CODE ADDED:<br>Account code:<br>(b)(7)(e)<br>Amount: $2,423,707.73<br>.<br>CHANGES FOR LINE ITEM NUMBER:  2<br>Quantity changed from (b)(4) to (b)(4)<br>Total Amount changed from $776,798.00 to<br>$1,152,668.00<br>Obligated Amount for this modification:<br>$375,870.00<br><br>NEW ACCOUNTING CODE ADDED:<br>Account code:<br>(b)(7)(e)<br>Quantity: (b)(4)<br>Amount: $375,870.00<br><br>CHANGES FOR LINE ITEM NUMBER:  3<br>Total Amount changed from $118,920.00 to<br>$119,400.00<br>Obligated Amount for this modification: $480.00<br><br>NEW ACCOUNTING CODE ADDED:<br>Account code:<br>(b)(7)(e)<br>Continued ... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>ODT-5-C-0003/HSCEDM-12-F-00048/P00002 | | | PAGE<br>4 | OF<br>4 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
CORRECTIONS CORPORATION OF AMERICA

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | (b)(7)(e)<br>Amount: $480.00<br>.<br>Discount Terms:<br>Net 30<br>FOB: Destination<br>Period of Performance: 07/01/2012 to 06/30/2013<br><br>Change Item 0001 to read as follows(amount shown is the obligated amount): | | | | |
| 0001 | Detention Services: Monthly flat rate for 1 - 600 Detention Beds.<br><br>Funded (b)(4) for (b)(4) month + (b)(4) = $2,427,107.00<br><br>(b)(4) X (b)(4) = $3,399.24. (b)(4) months were funded at the old price of (b)(4) per month. New price is (b)(4) per month which is an increase of $1133.08 per month.<br>Requisition No: 192112FSDCCA00094, 192112FSDCCA00094.2, 192112FSDCCA00094.3, 192112FSDCCA00094.4<br><br>Change Item 0002 to read as follows(amount shown is the obligated amount): | | | | 2,427,106.97 |
| 0002 | Detention Services: (b)(4) + Detention Beds.<br>Requisition No: 192112FSDCCA00094, 192112FSDCCA00094.2, 192112FSDCCA00094.4<br><br>Change Item 0003 to read as follows(amount shown is the obligated amount): | (b)(4) | EA | (b)(4) | 375,870.00 |
| 0003 | OFF-SITE GUARD SERVICES<br><br>Funded (b)(4) X (b)(4) = $480.00.<br>(b)(4) Hours were funded at the old price of (b)(4). New price is (b)(4) which is an increase of $0.12 per hour.<br>Requisition No: 192112FSDCCA00094, 192112FSDCCA00094.1, 192112FSDCCA00094.3 | | | | 480.00 |

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| Field | Value |
|---|---|
| 1. CONTRACT ID CODE | Otay Mesa |
| PAGE | 1 |
| OF PAGES | 5 |
| 2. AMENDMENT/MODIFICATION NO. | 0050 |
| 3. EFFECTIVE DATE | 07/01/2012 |
| 4. REQUISITION/PURCHASE REQ. NO. | N/A |
| 5. PROJECT NO. (If applicable) | N/A |

**6. ISSUED BY**

U.S. Department of Justice
Office of the Federal Detention Trustee
4601 North Fairfax Drive, Suite 910
Arlington, VA 22203

**8. NAME AND ADDRESS OF CONTRACTOR**

Corrections Corporation of America
10 Burton Hills Boulevard
Nashville, TN 37215

**10A. MODIFICATION OF CONTRACT/ORDER NO.** ODT-5-C-0003
**10B. DATED:** 07/01/2005

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

[X] D. OTHER (Specify type of modification and authority) **Mutual Agreement of Parties**

E. IMPORTANT: Contractor [X] is required to sign this document and return 1 copies to the issuing office.

### 14. DESCRIPTION OF AMENDMENT/MODIFICATION

Contract Number ODT-5-C-0003, Otay Mesa, California for detention services is hereby modified to incorporate the attached "CONTRACT STAFFING PATTERN" also incorporate new "PRICING SCHEDULE" due to incorporation of wage determination no. 2005-2057, revision no. 12, dated 06/13/2011.

***All other terms and conditions remain unchanged***

Signatures:
- (b)(6), (b)(7)(c) — Vice President, Partnership Development — 8/15/12
- (b)(6), (b)(7)(c) — Supervisory Contract Specialist — 15 Aug. 12

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

ICE 2014FOIA03585.006246

| Designated USMS Population | | | |
|---|---|---|---|
| Performance Period | Fixed Monthly Payment(4), (b)Detainees) | Unit Price), (b)Detainees and Above | Offsite Guard Services Hourly Rate* |
| 07/01/2012 to 6/30/2013 | (b)(4), (b)(7)e | (b)(4), (b)(7)e | (b)(4), (b)(7)e |
| 07/01/2013 to 6/30/2014 | | | |
| * Rate based on Service Contract Act Wage Determination for Detention Officer. | | | |

| Designated ICE Population | | | |
|---|---|---|---|
| Performance Period | Fixed Monthly Payment(4), (b)Detainees) | Unit Price), (b)Detainees and Above | Offsite Guard Services Hourly Rate* |
| 07/01/2012 to 6/30/2013 | (b)(4), (b)(7)e | (b)(4), (b)(7)e | (b)(4), (b)(7)e |
| 07/01/2013 to 6/30/2014 | | | |
| * Rate based on Service Contract Act Wage Determination for Detention Officer. | | | |

# SAN DIEGO COUNTY DETENTION FACILITY
## San Diego, California
### 1,000 Beds (675 ICE / 325 USMS)

**CONTRACT STAFFING PATTERN**

| STAFF DEPLOYMENT BY SHIFT & POSITION | |
|---|---|
| MANAGEMENT/SUPPORT | |
| SECURITY/OPERATIONS | |
| UNIT MANAGEMENT | |
| MAINTENANCE | |
| SERVICES | (b)(4), (b)(7)e |
| PROGRAMS | |
| HEALTH SERVICES | (Contracted by ICE - Public Health Service) |
| TOTAL | |

| MANAGEMENT/SUPPORT | 1ST SHIFT | 2ND SHIFT | 3RD SHIFT | DAYS COVERED | RELIEF FACTOR | TOTAL STAFF |
|---|---|---|---|---|---|---|
| Warden | | | | | | |
| Assistant Warden | | | | | | |
| Training Manager | | | | | | |
| Business Manager | | | | | | |
| Bookkeeper (Accounting Clerk III) | | | | | | |
| Accounting Clerk II | | | | | | |
| Manager, Human Resources | | | | | | |
| Human Resource Assistant |  | (b)(4), (b)(7)e | | | | |
| Manager, Quality Assurance | | | | | | |
| Safety Manager | | | | | | |
| Investigator | | | | | | |
| Mailroom Supervisor (General Clerk III) | | | | | | |
| Secretary II | | | | | | |
| Administrative Clerk | | | | | | |
| ** ARNP/PA (*Employee Screens*) | | | | | | |
| TOTAL | | | | | | |

| SECURITY/OPERATIONS | 1ST SHIFT | 2ND SHIFT | 3RD SHIFT | DAYS COVERED | RELIEF FACTOR | TOTAL STAFF |
|---|---|---|---|---|---|---|
| Chief of Security | | | | | | |
| Assistant Chief of Security | | | | | | |
| Shift Supervisor | | | | | | |
| Assistant Shift Supervisor | | | | | | |
| SDO - DHO | | | | | | |
| SDO - Armory/Key Control Officer | | | | | | |
| SDO - Transportation | | | | | | |
| SDO - STG | | | | | | |
| SDO - Intake/Release Officer | | | | | | |
| Correctional Counselor - Court | | (b)(4), (b)(7)e | | | | |
| Correctional Counselor - Medical | | | | | | |
| * Intake/Release Officer | | | | | | |
| * Visitation Officer | | | | | | |
| * Visitation Officer (Attorney) | | | | | | |
| * Transportation Officer | | | | | | |
| * Transportation Officer (Weekends) | | | | | | |
| * Transportation (USMS) | | | | | | |
| * Perimeter Patrol Officer | | | | | | |
| * Central Control Officer | | | | | | |

ICE 2014FOIA03585.006248

# SAN DIEGO COUNTY DETENTION FACILITY
## San Diego, California
## 1,000 Beds (675 ICE / 325 USMS)

*CONTRACT STAFFING PATTERN*

| SECURITY/OPERATIONS | 1ST SHIFT | 2ND SHIFT | 3RD SHIFT | DAYS COVERED | RELIEF FACTOR | TOTAL STAFF |
|---|---|---|---|---|---|---|
| * Recreation Officer | | | | | | |
| * Medical Unit Officer | | | | | | |
| Correctional Counselor - Medical | | | | | | |
| * Medical Escort Officer | | | | | | |
| * Utility/Search & Escort Officer | | | | | | |
| * Kitchen Officer | | | | | | |
| * Court Officer | | | | | | |
| * Front Entrance Officer | (b)(4), (b)(7)e | | | | | |
| * Inside Work Detail Officer | | | | | | |
| * Outside Work Detail Officer | | | | | | |
| * Vehicle Sallyport Officer | | | | | | |
| * Laundry Officer | | | | | | |
| * Asylum Officer | | | | | | |
| * Video Teleconference Officer | | | | | | |
| Administrative Clerk (Count) | | | | | | |
| TOTAL | | | | | | |

| UNIT MANAGEMENT | 1ST SHIFT | 2ND SHIFT | 3RD SHIFT | DAYS COVERED | RELIEF FACTOR | TOTAL STAFF |
|---|---|---|---|---|---|---|
| Chief of Unit Management | | | | | | |
| Records Supervisor | | | | | | |
| Records Clerk | | | | | | |
| **UNIT MANAGEMENT #1** | | | | | | |
| Unit Manager | | | | | | |
| Case Manager | | | | | | |
| Unit B - (b)(4), (b)(7)e Cellblock (USMS) | | | | | | |
| Correctional Counselor | | | | | | |
| * Pod Control Officer | | | | | | |
| * Housing Officer | | | | | | |
| Unit C (b)(4), (b)(7)e Cellblock (ICE) | | | | | | |
| Correctional Counselor | | | | | | |
| * Pod Control Officer | | | | | | |
| * Housing Officer | | | | | | |
| **UNIT MANAGEMENT #2** | | | | | | |
| Unit Manager | | | | | | |
| Case Manager | | | | | | |
| Unit D - (b)(4), (b)(7)e Cellblock (ICE) | | | | | | |
| Correctional Counselor | | | | | | |
| * Pod Control Officer | | | | | | |
| * Housing Officer | | | | | | |
| **UNIT MANAGEMENT #3** | | | | | | |
| Unit Manager | | | | | | |
| Case Manager | | | | | | |
| Unit A - (b)(4), (b)(7)e Cellblock | (b)(4), (b)(7)e | | | | | |
| Correctional Counselor | | | | | | |
| * Pod Control Officer | | | | (b)(4), (b)(7)e | | |
| * Housing Officer | | | | | | |

# SAN DIEGO COUNTY DETENTION FACILITY
## San Diego, California
## 1,000 Beds (675 ICE / 325 USMS)

### CONTRACT STAFFING PATTERN

| UNIT MANAGEMENT | 1ST SHIFT | 2ND SHIFT | 3RD SHIFT | DAYS COVERED | RELIEF FACTOR | TOTAL STAFF |
|---|---|---|---|---|---|---|
| Unit K (b)(4), (b)(7)e Cellblock (Females) | | | | | | |
| Correctional Counselor | | | (b)(4), (b)(7)e | | | |
| *Pod Control Officer | | | | | | |
| *Housing Officer | | | | | | |
| Unit F - Medical Psych - (b)(4), (b)(7)e | | Medical Segregation - (b)(4), (b)(7)e | | | | |
| *Housing Officer | | | | | | |
| *Pod Control Officer - Segregation | | | (b)(4), (b)(7)e | | | |
| *Housing Officer - Segregation | | | | | | |
| TOTAL | | | | | | |

| MAINTENANCE | 1ST SHIFT | 2ND SHIFT | 3RD SHIFT | DAYS COVERED | RELIEF FACTOR | TOTAL STAFF |
|---|---|---|---|---|---|---|
| Maintenance Supervisor | | | | | | |
| Maintenance Worker | | | (b)(4), (b)(7)e | | | |
| Administrative Clerk | | | | | | |
| TOTAL | | | | | | |

| SERVICES | 1ST SHIFT | 2ND SHIFT | 3RD SHIFT | DAYS COVERED | RELIEF FACTOR | TOTAL STAFF |
|---|---|---|---|---|---|---|
| Warehouse / Commissary Manager | | | | | | |
| Warehouse/Commissary Worker *** | | | | | | |
| Laundry Supervisor | | | | | | |
| **Food Service Manager | | | (b)(4), (b)(7)e | | | |
| **Assistant Food Service Manager | | | | | | |
| **Food Service Supervisor | | | | | | |
| TOTAL | | | | | | |

| PROGRAMS | 1ST SHIFT | 2ND SHIFT | 3RD SHIFT | DAYS COVERED | RELIEF FACTOR | TOTAL STAFF |
|---|---|---|---|---|---|---|
| Recreation Supervisor | | | | | | |
| Recreation Coordinator | | | | | | |
| Library Aide | | | | | | |
| Chaplain | | | (b)(4), (b)(7)e | | | |
| Administrative Clerk | | | | | | |
| **Contract Attorney | | | | | | |
| TOTAL | | | | | | |

*Post positions included in the Detention Officer job classification. Non-posts, may be vacated for breaks. Additionally, the housing officer post(s) may be vacated in order to relieve the pod control posts.
**Positions hired on a contractual or fee basis for services rendered.
***Salary and benefits reimbursed from commissary profits.

SANDIEGO1000-CONTRACT-07/06/11