| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | 1. CONTRACT ID CODE | | PAGE OF PAGES 1 52 |
|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00038 | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
| 6. ISSUED BY CODE ICE/DM/DC-DC | | 7. ADMINISTERED BY (If other than Item 6) CODE ICE/DM/DC-DC | |
| ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, Suite 930<br>Washington DC 20536 | | ICE/Detent Mngt/Detent Contracts-DC<br>Immigration and Customs Enforcement<br>Office of Acquisition Management<br>801 I Street NW, Suite930<br>Washington DC 20536 | |

8. NAME AND ADDRESS OF CONTRACTOR

VALLEY METRO-BARABOSA GROUP JV
12513 BAILBOND DRIVE
EDINBERG TX 78542-2811

CODE 8297512260000

9A. AMENDMENT OF SOLICITATION NO.
9B. DATED (SEE ITEM 11)
10A. MODIFICATION OF CONTRACT/ORDER NO. HSCEDM-09-D-00005
10B. DATED (SEE ITEM 13) 03/11/2009

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

D. OTHER (Specify type of modification and authority)
X   FAR 52.217-9 Option to Extend the Term of the Contract

E. IMPORTANT: Contractor [x] is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION

DUNS Number: 829751226
COR: (b)(6), (b)(7)c    (716) 843-(b)(6), (b)(7)c
Contracting Officer: (b)(6), (b)(7)c    (202) 732-(b)(6), (b)(7)c
Contract Specialist: (b)(6), (b)(7)c    (202) 732-(b)(6), (b)(7)c

The purpose of this modification is the following:

1) Incorporate the Collective Bargaining Agreement between Valley Metro Barbosa Group and Service Employees International Union Local 200United (WD # 2013-0189, Rev. 1, dated 11/13/2013). Effective the first full pay period after December 1, 2013, bargaining unit employes shall receive $6.03 for fringe benefits. Fringe Benefits are a part of the bed
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

16A. NAME AND TITLE OF SIGNER: (b)(6),(b)(7)c Managing Partner
15C. DATE SIGNED: [Nove]mber 26, 2013

16A. NAME AND TITLE OF CONTRACTING OFFICER: (b)(6), (b)(7)c
16C. DATE SIGNED: 11/27/13

M 30 (REV. 10-83)
FAR (48 CFR) 53.243

ICE2014FOIA03585.018716

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-09-D-00005/P00038 | PAGE 2 | OF 52 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VALLEY METRO-BARABOSA GROUP JV

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
|  | day rate.<br><br>2) Adjust the Option Year Four bed day rate for CLIN 4002 as a result of the new Collective Bargaining Agreement. The bed day rate is changed as follows:<br>From<br>By: (b)(4)<br>To:<br><br>3) Exercise Option Period Four for the period of December 1, 2013 through September 30, 2014.<br><br>There is no funding associated with this modification. Funding shall be provided for Option Period Four on the new FY14 Task Order.<br><br>Attachment 1: WD # 2013-0189, Rev. 1, dated 11/13/2013 (45 pages)<br>Exempt Action: Y<br>Period of Performance: 10/19/2009 to 09/30/2014<br><br>Change Item 4002 to read as follows(amount shown is the total amount): |  |  |  |  |
| 4002 | Detention and Food Services in accordance with Statement of Objectives and Performance Work Statements GUARANTEED MINIMUM - (b)(4) BEDS<br>(b)(4) $68,628.00 per day<br><br>Note: The contractor shall serve three meals per 24 hour period to each detainee (breakfast, lunch and dinner). Any of these meals may be substituted as required (e.g. air flight meal, special diet meal and/or therapeutic diet meal)<br>Obligated Amount: $0.00<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Delivery: 30 Days After Award<br>Delivery Location Code: ICE/ERO<br>ICE Enforcement & Removal<br>Immigration and Customs Enforcement<br>801 I Street, NW<br>Suite 900<br>Washington DC 20536<br><br>Change Item 4003 to read as follows(amount shown is the total amount):<br>Continued ... |  |  |  | 25,049,220.00 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-09-D-00005/P00038 | PAGE 3 | OF 52 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VALLEY METRO-BARABOSA GROUP JV

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 4003 | Detention and Food Services in accordance with Statement of Objectives and Performance Work Statements above the guaranteed minimum (>400)<br><br>Note: The contractor shall serve three meals per 24 hour period to each detainee (breakfast, lunch and dinner). Any of these meals may be substituted as required (e.g. air flight meal, special diet meal and/or therapeutic diet meal)<br><br>Rate = (b)(4) per detainee per day<br>Obligated Amount: $0.00<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Delivery Location Code: BAT<br>DEPT OF HOMELAND SECURITY<br>BUFFALO FEDERAL DETENTION FACILITY<br>4250 Federal Drive<br>Batavia NY 14020<br><br>Change Item 4004 to read as follows(amount shown is the total amount): | | EA | (b)(4) | |
| 4004 | TRANSPORTATION ( in accordance with Statement of Objectives and Performance Work Statement)<br><br>Mileage rate is (b)(4) per mile in accordance with P00003.<br><br>Obligated Amount: $0.00<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Delivery Location Code: BAT<br>DEPT OF HOMELAND SECURITY<br>BUFFALO FEDERAL DETENTION FACILITY<br>4250 Federal Drive<br>Batavia NY 14020<br><br>Change Item 4005 to read as follows(amount shown is the total amount): | | EA | (b)(4) | |
| 4005 | DELIVERABLES ( in accordance with Statement of Objectives and Performance Work Statement)<br>(Not Separately Priced)<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br>Continued ... | | EA | | 0.00 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED | PAGE | OF |
|---|---|---|---|
| | HSCEDM-09-D-00005/P00038 | 4 | 52 |

NAME OF OFFEROR OR CONTRACTOR
VALLEY METRO-BARABOSA GROUP JV

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Delivery Location Code: BAT<br>DEPT OF HOMELAND SECURITY<br>BUFFALO FEDERAL DETENTION FACILITY<br>4250 Federal Drive<br>Batavia NY 14020<br>Amount: $0.00<br><br>Change Item 4006 to read as follows(amount shown is the total amount): | | | | |
| 4006 | Lodging & M&IE and Overtime for Guards exceeding standard 8 hour workday (mark-up %).<br><br>The Mark-up is 6.1% applied to approved Lodging & M&IE and Overtime for Guards exceeding standard 8 hour workday.<br><br>In the event that transportation services involve distances that exceed a standard eight (8) hour workday to complete, the contractor shall be reimbursed actual costs for overtime, meals, and overnight lodging at rates commiserate with the U.S. General Services Administration (GSA) rates for the final destination at the end of the day (i.e. Buffalo to Syracuse with overnight in Syracuse shall be reimbursed at GSA per diem rate for Syracuse). Any overtime pay incurred for transportation shall be reimbursed at the applicable Department of Labor overtime rate for the transportation officer position incorporated within this contract. The contractor shall comply with ICE transportation standards related to the number of hours the employee may operate a vehicle. Overnight lodging resulting from transportation services shall be approved in advance by the COTR or designated ICE official. Lodging will be reimbursed at the actual expense up to the maximum amount listed in the GSA published rates within the geographical area of occurrence (i.e. location of overnight stay). Applicable GSA rates can be found at www.gsa.gov.<br><br>The Not to Exceed Amount for CLIN 4006 is $106,100.00<br>Obligated Amount: $0.00<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Delivery Location Code: BAT<br>Continued ... | | | | 0.00 |

NAME OF OFFEROR OR CONTRACTOR
VALLEY METRO-BARABOSA GROUP JV

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | DEPT OF HOMELAND SECURITY<br>BUFFALO FEDERAL DETENTION FACILITY<br>4250 Federal Drive<br>Batavia NY 14020<br>Amount: $0.00<br><br>Change Item 4007 to read as follows(amount shown is the total amount): | | | | |
| 4007 | The contractor shall provide on-demand stationary guard services as required by the COR to include, but not limited to, escorting and guarding detainees to medical or doctors appointments, hearings, ICE interviews and enhancing specific requirements for security, detainee monitoring, visitation and contraband control.<br><br>Guard rate = (b)(4) per hour<br>Obligated Amount: $0.00<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Delivery Location Code: BAT<br>DEPT OF HOMELAND SECURITY<br>BUFFALO FEDERAL DETENTION FACILITY<br>4250 Federal Drive<br>Batavia NY 14020<br><br>Change Item 4008 to read as follows(amount shown is the total amount): | | EA | (b)(4) | |
| 4008 | Lodging & M&IE and Overtime for Cooks required to Travel and support emergency and evacuation operation<br><br>The mark-up is 6.1% applied to approved Lodging & M&IE and Overtime for Cooks required to Travel to support emergency and evacuation operation.<br><br>In the event that emergency and evacuation food service support is required in accordance with the local detention centers emergency plans, the contractor shall be reimbursed actual costs for overtime, meals, and overnight lodging at rates commensurate with U.S. General Services Administration (GSA) rates for the final destination at the end of the day (i.e. Batavia SPC to Syracuse with overnight in Syracuse shall be reimbursed at GSA per diem rate for Syracuse). Any overtime pay incurred for Cooks shall be Continued ... | | | | 0.00 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-09-D-00005/P00038 | PAGE 6 | OF 52 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VALLEY METRO-BARABOSA GROUP JV

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | reimbursed at the applicable Department of Labor overtime rate for the transportation officer position incorporated within this contract. Lodging will be reimbursed at the actual expense up to the maximum amount listed in the GSA published rates within the geographical area of occurrence (i.e. location of overnight stay). Applicable GSA rates can be found at www.gsa.gov.<br><br>Not to Exceed = (b)(4)<br>Obligated Amount: $0.00<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Delivery Location Code: BAT<br>DEPT OF HOMELAND SECURITY<br>BUFFALO FEDERAL DETENTION FACILITY<br>4250 Federal Drive<br>Batavia NY 14020<br>Amount: $0.00<br><br>Change Item 4009 to read as follows(amount shown is the total amount): | | | | |
| 4009 | Food Service Support for emergency and evacuation operation<br><br>The contractor shall provide emergency and evacuation food service support in accordance with the local detention centers emergency plans. In emergency situations, the food service department shall be required to prepare one or more sack lunches for each detainee being evacuated in accordance with the local detention centers emergency plans.<br><br>Unit Price = (b)(4)<br>Obligated Amount: $0.00<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Delivery Location Code: BAT<br>DEPT OF HOMELAND SECURITY<br>BUFFALO FEDERAL DETENTION FACILITY<br>4250 Federal Drive<br>Batavia NY 14020<br><br>Change Item 4013 to read as follows(amount shown is the total amount):<br><br>Continued ... | | EA | (b)(4) | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HSCEDM-09-D-00005/P00038 | PAGE 7 | OF 52 |
|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VALLEY METRO-BARABOSA GROUP JV

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| 4013 | Reimbursement of Contractor Auto Insurance while operating the Government Vehicle.<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br><br>Change Item 4014 to read as follows(amount shown is the total amount): | | | | 0.00 |
| 4014 | Detainee Pay<br><br>Rate = $1 per detainee per day<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING- GUARD<br>All other terms and conditions of<br>HSCEDM-09-D-00005 remain unchanged and in full force and effect. | | | | 0.00 |