

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 17, 2016

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Detention Watch Network v. ICE*, 14 Civ. 583 (LGS)

Dear Judge Schofield:

      Pursuant to the Court's Orders of May 16, 2014 [Docket No. 40], and July 3, 2014 [Docket No. 48], I write respectfully on behalf of defendants United States Immigration and Customs Enforcement ("ICE") and United States Department of Homeland Security ("DHS") to provide the Court with a status report relating to the agencies' October 2016 productions, and their anticipated productions for next month. I attach copies of the agencies' cover letters that accompanied this month's productions to plaintiffs, which set forth the information sought by the Court.

      I thank the Court for its consideration of this matter.

                      Respectfully,

                      PREET BHARARA
                      United States Attorney
                      Southern District of New York

      By:    *s/Jean-David Barnea*
            JEAN-DAVID BARNEA
            Assistant United States Attorney
            Telephone: (212) 637-2679
            Facsimile:  (212) 637-2717
            E-mail: jean-david.barnea@usdoj.gov

Encls.

cc:    Counsel for Plaintiffs (by ECF)