**U.S. Department of Homeland Security**
Washington, DC 20528



# Homeland Security

October 17, 2016

Ghita Schwarz, Senior Staff Attorney
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012

Re:   14-cv-00583-LGS (CCR) (S.D.N.Y.)
      29th - Interim Release

Dear Ms. Schwarz:

This is our twenty-ninth interim response to your Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), dated November 25, 2013, as modified by your letter of March 25, 2014. This letter hereby describes the agency's efforts to date and discusses the anticipated production next month. We understand that this information will be provided to the Court supervising the civil litigation concerning this FOIA request as well.

*DHS's Searches and Production*
As mentioned in our previous letters, an initial search for documents within DHS's Office of the Executive Secretariat (ESEC), Directorate for Management (MGMT), Office of the General Counsel (OGC), Office of Intergovernmental Affairs (IGA), Office of Legislative Affairs (OLA), and Office of Policy (PLCY) produced 222,206 documents. DHS de-duplicated the documents and identified approximately 30,646 unique documents. DHS also undertook an additional search of email accounts for several senior DHS employees which yielded an additional 60,237 potentially responsive documents. DHS has completed its initial review of the approximately 90,883 documents for responsiveness. As of this month's production approximately 43,765 documents consisting of approximately 96,806 pages of potentially responsive documents remain to be processed for release.

For this month's production DHS processed for release an additional 16 responsive documents consisting of 2,286 pages. Of these 16 responsive documents 5 documents totaling 622 pages are withheld pursuant to Title 5 U.S.C 552 (b) (5); of the remaining 11 documents, 1642 pages are withheld as non-responsive and 11 pages are released in part. These documents are bates-numbered DHS-002-003884-DHS-002-006169.

*Next Month's Production*
In accordance with the Court's order, DHS will produce at least 1,500 additional pages of responsive documents for the November 17, 2016 release date.

                                    Sincerely,

                                    Kevin L. Tyrrell
                                    Associate Director FOIA Appeals and Litigation

Enclosure(s):   2,286 total pages (28 pages enclosed)